UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
MICHAEL CLEARY and JANET CLEARY,

                    Plaintiffs,

v.                                                     No. 08-CV-349
                                                         (LEK/DRH)
ALBANY COUNTY SHERIFF'S DEPARTMENT,
et al.,

                    Defendants.
-----------------------------------------------------------------

## ORDER

A conference was held with plaintiff Michael Cleary, plaintiffs' counsel, and counsel for all defendants on August 26, 2008. As directed during that conference, it is

**ORDERED** that:

1. For good cause shown and without objection, plaintiffs' counsel, John D. Hoggan, Jr., Esq., and his law firm of Peters Hoggan, are relieved as counsel for plaintiffs and their representation of plaintiffs is terminated effective immediately; and

2. Plaintiffs will now proceed in this case representing themselves unless and until other counsel enter an appearance on their behalf in this case.

**IT IS SO ORDERED.**

Dated: August 29, 2008
       Albany, New York

                                                   United States Magistrate Judge